UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SCOTT H. ALLINSON, | CASE NO. C15-5772-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| NANCY BERRYHILL, Acting Commissioner of Social Security, | |
| Defendant. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court *sua sponte*. Plaintiff filed a motion for attorney fees pursuant to 42 U.S.C. § 406(b) (Dkt. No. 24). The motion is currently noted for the day it was filed, July 3, 2017. However, there is no indication that the motion is stipulated. Instead, it is a third-Friday motion under Local Rule 7(d)(3). **Accordingly, the Clerk is directed to RENOTE the motion (Dkt. No. 24) for Friday, July 21, 2017.**

DATED this 5th day of July 2017.

William M. McCool
Clerk of Court

s/Paula McNabb
Deputy Clerk