THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SCOTT H. ALLINSON, | CASE NO. C15-5772-JCC |
| Plaintiff, | ORDER |
| v. | |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security, | |
| Defendant. | |

This matter comes before the Court on Plaintiff Scott Allinson's unopposed motion for attorney fees pursuant to 42 U.S.C. § 406(b) (Dkt. No. 24). The motion is GRANTED. Plaintiff's counsel Elie Halpern is AWARDED a gross attorney fee of $16,170.95 under § 406(b), reduced by the Equal Access to Justice Act fees of $4,512.95 that were previously awarded, leaving a net fee of $11,658.00. The Social Security Administration is DIRECTED to send to Plaintiff's attorney the net balance of $11,658.00, minus any applicable processing fees as allowed by statute, at the following address:

Elie Halpern
Halpern Olivares PLLC
1800 Cooper Pt. Road SW, Bldg. 19
Olympia, WA 98502

//

//

ORDER
PAGE - 1

DATED this 25th day of July 2017.

John C. Coughenour
UNITED STATES DISTRICT JUDGE

ORDER
PAGE - 2